# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAEM WALLER, | : | |
| Petitioner | : | CIVIL ACTION |
| | : | No. 10-2029 |
| v. | : | |
| | : | |
| DAVID VARANO, et. al. | : | |
| Respondent | : | |

# ORDER

**AND NOW,** this __8TH____ day of ___April_____, 2013, upon careful and independent consideration of the petition for writ of habeas corpus, the parties' briefs, United States Magistrate Judge L. Felipe Restrepo's Report and Recommendation, and Petitioner's Objections[1] to the Report and Recommendation, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DISMISSED** without an evidentiary hearing;

3. There is no basis for the issuance of a certificate of appealability.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to:

---

[1] Petitioner's reliance on Lilly v. United States, 527 U.S. 116 (1999) is unavailing, because that case involved out-of-court *testimonial* statements that were read into the record at the defendant's trial. Moreover, that case predated *Crawford v. Washington*, 541 U.S. 36 (2004) and *Davis v. Washington,* 547 U.S. 813 (2006), which detail the Court's current jurisprudence on the Confrontation Clause—and which hold that nontestimonial out-of-court statements do not implicate the Confrontation Clause.